**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH GENE ALLRED, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00084-CMS |
| | ) | |
| MADISON MEDICAL CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

Self-represented Plaintiff Kenneth Gene Allred, Sr. brings this action under 42 U.S.C. § 1983 for alleged violations of his civil rights.  ECF No. 1.  The matter is now before the Court on Plaintiff's "Application to Proceed in District Court without Prepaying Fees or Costs."  ECF No. 2.

Soon after Plaintiff initiated this action and filed his Application, the Court ordered him to "provide a certified copy of his inmate account statement for the '6-month period immediately preceding the filing of the complaint.'"  ECF No. 4 at 1.  On May 11, 2026, Plaintiff filed one page of a printout from the prison account system.  ECF No. 5.  The printout contains incomplete information on Plaintiff's prison account, as it includes no dollar amounts for Plaintiff's account transactions, only descriptions and dates.  *Id.* at 1.  But the printout does indicate that Plaintiff has a prison job at his place of incarceration—the Eastern Reception, Diagnostic & Correctional Center (ERDCC).  *Id.* (listing "Payroll Tip" deposited to Plaintiff's account on April 10, 2026).  Directly contrary to the printout, Plaintiff's Application denies that he has any income from employment.  ECF No. 2 at 1.  Plaintiff is obligated to include all sources of income on his Application, including prison employment.  Because he has failed to do so, Plaintiff's Application

will be denied as incomplete and/or incorrect.

Plaintiff must either file a new Application with correct financial information and a certified inmate account statement that shows transactional amounts or pay the full filing fee for this matter.  The Court warns Plaintiff that his failure to comply with this Order will result in dismissal of this action without prejudice and without further notice to Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed without Prepaying Fees and Costs [ECF No. 2] is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk is directed to send Plaintiff a blank "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the full $405 filing fee or submit a completed Application in accordance with the instructions set forth herein, within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff choses to file a new Application, he must also submit a certified copy of his prison account statement.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice from the Court.

Dated this 15th day of July, 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE

2